RECEIVED
IN MONROE, LA
DEC 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-0230-02 |
| VERSUS | * | JUDGE JAMES |
| DONALD RAY WASHINGTON a/k/a UMAR SHAKIR MUHAMMAD | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Donald Ray Washington, and adjudges him guilty of the offense charged in Count One of the indictment against him.

THUS DONE AND SIGNED this __8__ day of __December__, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE